# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 10 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Clint Linzy | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/18/06. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Robert Nathan as counsel for the defendant. Enter order appointing Robert Nathan as counsel for defendant. Preliminary examination hearing is set for 1/10/08 at 10:00 a.m. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|