# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Case Number: 07 CR 843 -10

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Clint Linzy

FILED
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE /s/ | SIGNATURE |
| NAME Robert S. Nathan | NAME |
| FIRM Law Office of Robert S. Nathan | FIRM |
| STREET ADDRESS 53 West Jackson Blvd., Suite 1556 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60604 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-588-0711   FAX NUMBER 312-588-0717 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS robertnathanlaw@gmail.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6205208 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [X]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [X]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

(Stamp in section B: FILED DEC 18 2007 — Magistrate Judge Sidney I. Schenkier, United States District Court)

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [ ]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

INSTRUCTIONS FOR COMPLETING APPEARANCE FORM