## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 10 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. CLINT LINZY | | |

**DOCKET ENTRY TEXT**

Pretrial Services request to modify defendant's conditions of release is granted. The condition requiring defendant undergo medical or psychiatric treatment is hereby removed. All other conditions of release shall remain in effect.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|