## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 10 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Clint Linzy | | |

**DOCKET ENTRY TEXT**

Oral motion hearing held at the status hearing on 7/30/2008. Government's oral motion to have defendant placed in a drug treatment program at the direction of the pretrial services officer is granted.

Docketing to mail notices.

0:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|