IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 07 CR 843 |
| | ) Honorable Joan Lefkow |
| CLINT LINZY, ET AL, | ) Presiding Judge |

AGREED MOTION FOR LEAVE TO FILE

DEFENDANT'S MOTION FOR A BILL OF PARTICULARS

Defendant, Clint Linzy, through his attorney, Robert S. Nathan, seeks leave of Court to file his motion for a bill of particulars instanter. In support thereof Defendant states:

1. That this Court had initially set a date for the filing of pretrial motions for July 30, 2008.

2. That due to the voluminous nature of the discovery this Court extended that date to August 20, 2008.

3. That despite Counsel's best efforts, he was unable to comply with the August 20, 2008 deadline.

4. That as of the filing of this motion and attached bill of particulars, only two business days have past since the August 20, 2008 deadline and, as such, there has been no prejudice to the Government.

5. That the Government has no objection to the motion being filed late.

Wherefore Defendant, Clint Linzy, through his Counsel seeks leave of Court to file his motion of a bill of particulars instanter.

Respectfully submitted,

"s/Robert S. Nathan"

Robert S. Nathan
Attorney for Clint Linzy
53 West Jackson Blvd., Ste. 1556
Chicago, Illinois 60604
312-371-3600

CERTIFICATE OF SERVICE

I, Robert S. Nathan, the attorney Clint Linzy, certify that I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois, Eastern Division using the CM/ECF system which sent notification to the following party:

Rachel Cannon
Assistant United State's Attorney

I hereby certify that I have mailed by United States Postal Service, facsimile, or hand delivery the document to the following non-CM/ECF participants:

NA


"s/Robert S. Nathan"     Date: 8/25/2008




Robert S. Nathan
Attorney for Clint Linzy
53 West Jackson Blvd., Ste. 1556
Chicago, Illinois 60604
312-371-3600