IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 07 CR 843 |
| | ) Honorable Joan Lefkow |
| CLINT LINZY, ET AL, | ) Presiding Judge |

NOTICE OF AGREED MOTION

To:   Rachel Canon, Assistant United States Attorney, US Attorney's Office, 219 South Dearborn, Chicago, Illinois 60604

Please take notice that on August 27, 2008, at 9:30 a.m., I will appear before the Honorable Joan Lefkow in the Courtroom usually occupied by her at the Dirksen Federal Building at 219 South Dearborn, Chicago, Illinois, and shall then and there present an Agreed Motion for Leave to File Defendant Linzy's Motion for a Bill of Particulars.

Robert S. Nathan

Attorney for Defendant, CLINT LINZY

53 West Jackson Blvd., Suite 1556

Chicago, Illinois 60604

312-371-3600