## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 10 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Clint Linzy | | |

**DOCKET ENTRY TEXT**

Defendant Clint Linzy's motion for a bill of particulars [293] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|