## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 10 | **DATE** | 9/8/2008 |
| **CASE TITLE** | USA vs. Clint Linzy | | |

**DOCKET ENTRY TEXT**

Minute order [304] is vacated and corrected to read as follows: Defendant Clint Linzy's agreed motion for leave to file a bill of particulars [293] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|